THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES R. HAUSMAN<br><br>        Plaintiff,<br><br>v.<br><br>HOLLAND AMERICA LINE - U.S.A., a Washington corporation; HOLLAND AMERICA LINE, INC., a Washington corporation; HOLLAND AMERICA LINE N.V., a Curacao corporation; and HAL ANTILLEN N.V., a Curacao corporation,<br><br>        Defendants. | Case No. 2:13-cv-00937-BJR<br><br>**DEFENDANTS' SUBMISSION RE EVIDENCE OF "OTHER INCIDENTS"** |

Defendants take issue with Plaintiff's intention to discuss, and admit at trial, evidence allegedly derived from "other incidents," suggesting that the incidents put Defendants on notice of a systemic and chronic problem which, if resolved, would have avoided Plaintiff's injury; and to establish, it seems, the requisite "malicious and willful disregard for safety," to support a punitive award. Plaintiff seeks to admit evidence regarding other incidents having so relation to or similarity with Plaintiff's incident. Defendants seek the opportunity to fully discuss the merits of this dispute regarding "other events," because this evidence is key to the

DEFENDANTS' SUBMISSION RE EVIDENCE OF "OTHER INCIDENTS"
No.2:13-cv-00937-BJR– Page 1

NIELSEN ✦ SHIELDS
P L L C
1000 Second Avenue, Suite 1950
Seattle, Washington 98104
206.728.1300

weight of the case for liability, and regarding punitive damages. The Court's limitation on this briefing disallows adequate discussion of this important issue, especially given the extent to which Plaintiff's are seeking to stretch the idea of "similarity."

In fact, the majority of the incidents Plaintiff seeks to offer into evidence, are factually inapposite to the Hausman incident; "other incidents," to be helpful rather than prejudicial, must be events, the circumstances of which would put a reasonable person on notice of an issue requiring attention and repair *as pertinent to Plaintiff's incident*. The circumstances and causes of the "other incidents" at issue must have some relation to Plaintiff's contentions in this case, regarding this door, and this vessel, and what happened in November 2011. Although much greater detail is available and Defendants are prepared to argue the individual instances to the Court in a pretrial proceeding, Defendants offer the summaries attached as Exhibit A, to provide the flavor of the differences. Plaintiff's focus on the *Andermo* litigation is instructive; Plaintiff wishes to offer a video and the facts/file regarding an incident involving Mrs. Andermo; Mrs. Andermo pursued a claim with HAL and that claim was resolved, on its merits. The "re-enactment" videotaped by Mr. Andermo does not rise to the level of substantive evidence in this case. Nothing about the *Andermo* matter should be put before the jury.

Other "instances" are even more dissimilar. They include events involving crew only doors that swing and have only ankle-level electric eye beams to trigger the doors to swing from the "outside'; nothing like the equipment and setup of the doorway at issue. Plaintiff includes folks who have brushed a door with their arms and reported a scratch, and people who simply have walked into closed doors. Other distinguishing details are available, and important to consider, once offered to the Court.

It is known that HAL had received no notice of any prior incident involving the subject doors on the *ms* AMSTERDAM; it is known that the subject doors met the European regulatory standards, the location at which the vessel was built and the doors were manufactured and installed by a third party. The few incidents gathered for review involve all

DEFENDANTS' SUBMISSION RE EVIDENCE OF "OTHER INCIDENTS"
No.2:13-cv-00937-BJR– Page 2

NIELSEN ✦ SHIELDS
P L L C
1000 Second Avenue, Suite 1950
Seattle, Washington 98104
206.728.1300

Case 2:13-cv-00937-BJR   Document 136   Filed 09/11/15   Page 3 of 4

the HAL ships, except the AMSTERDAM, and all HAL door types and designs. Before allowing the jury to consider those other incidents, we must have a preliminary and sufficient showing by Plaintiff to establish sufficient similarity between occurrences to justify allowing the discussion of the other incidents as context *for Plaintiff's case*. Plaintiff's case must rise or fall on its merits, not on the basis of some imagined "avalanche" of allegedly "ignored" door incidents, as seems to be the basis for Plaintiff's efforts in this regard. Especially given the anticipated use by Plaintiff to impact not only his liability case, but also, his pursuit of punitive damages, the Court should conduct a meaningful assessment of the available information to allow Plaintiff to offer only events that were substantially similar to the Hausman incident.

DATED this 11th day of September, 2015.

RICHARD NIELSEN, WSBA # 11916
Nielsen Shields, PLLC
1000 Second Avenue, Suite 1950
Seattle, Washington 98104
Telephone:   206-728-1300
Facsimile:   206-728-1302
Email:       ran@nielsenshields.com
Attorneys for Defendants

DEFENDANTS' SUBMISSION RE EVIDENCE OF "OTHER INCIDENTS"
No.2:13-cv-00937-BJR– Page 3

NIELSEN✛SHIELDS
P L L C
1000 Second Avenue, Suite 1950
Seattle, Washington 98104
206.728.1300

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Herbert Farber, Esq.
The Farber Law Group
PO Box 69
Bellevue, WA 98009-0069

Kenneth R. Friedman, Esq.
William S. Cummings, Esq.
Friedman Rubin
1126 Highland Ave
Bremerton, WA 98337

Richard H. Friedman, Esq.
David R. Roosa, Esq.
Roger S. Davidheiser, Esq.
Friedman Rubin
51 University Street, Suite 201
Seattle, WA 98101

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed at Seattle, Washington.

*Sheila Baskins*
Legal Assistant
1000 Second Avenue, Suite 1950
Seattle, Washington 98104
Telephone: 206-728-1300
Facsimile: 206-728-1302
smb@nielsenshields.com

DEFENDANTS' SUBMISSION RE EVIDENCE OF "OTHER INCIDENTS"
No.2:13-cv-00937-BJR– Page 4

NIELSEN SHIELDS
P L L C
1000 Second Avenue, Suite 1950
Seattle, Washington 98104

21100 ri110304