Honorable Barbara J. Rothstein

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

JAMES R. HAUSMAN,

    Plaintiff,

v.

HOLLAND AMERICA LINE-U.S.A., a Washington corporation; HOLLAND AMERICA LINE, INC., a Washington corporation; HOLLAND AMERICA LINE N.V., a Curacao corporation; and HAL ANTILLEN N.V., a Curacao corporation.

    Defendants.

Case No. 2:13-cv-00937-BJR

**STIPULATION OF PARTIES ALLOWING LEMASTER OSI INCIDENT**

    The parties have stipulated to the admission of the Marguerite LeMaster prior incident records, including attached Guest Accident Report (PLTS 177). These records will be included in Plaintiff's Trial Exhibit 1.

STIPULATION OF PARTIES ALLOWING LEMASTER OSI INCIDENT
*Hausman v. Holland America Line-U.S.A., et al., Case No. 2:13-cv-00937-BJR*
Page 1 of 3

**FRIEDMAN | RUBIN®**
1126 Highland Avenue
Bremerton, Washington 98337
(360) 782-4300

Case 2:13-cv-00937-BJR   Document 168   Filed 10/08/15   Page 2 of 3

DATED this 8th day of October 2015.

/s/ Kenneth R. Friedman
Kenneth R. Friedman, WSBA #17148
FRIEDMAN | RUBIN
1126 Highland Avenue
Bremerton, WA  98337
Telephone:  (360) 782-4300
Facsimile:  (360) 782-4358
E-Mail:  kfriedman@friedmanrubin.com

*Counsel for Plaintiff*

/s/ Louis A. Shields
Louis A. Shields, Esq., WSBA #25740
NIELSEN SHIELDS, PLLC
1000 Second Avenue, Suite 1950
Seattle, WA 98104
Telephone:  (206) 728-1300
Facsimile:  (206) 728-1302
E-Mail:  las@nielsenshields.com

*Counsel for Defendants*

STIPULATION OF PARTIES ALLOWING LEMASTER OSI INCIDENT
*Hausman v. Holland America Line-U.S.A., et al., Case No. 2:13-cv-00937-BJR*
Page 2 of 3

**FRIEDMAN | RUBIN**®
1126 Highland Avenue
Bremerton, Washington  98337
(360) 782-4300

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of October 2015, a copy of the foregoing document was electronically filed with the Court using the CM/ECF system, which will send notification of such filing to the following:

>Louis A. Shields, Esq.
>Asia N. Wright, Esq.
>Richard A. Nielsen, Esq.
>Nielsen Shields, PLLC
>1000 Second Avenue, Suite 1950
>Seattle, WA 98104
>Tel: 206-728-1300
>las@nielsenshields.com

>Herbert G. Farber, Esq.
>The Farber Law Group
>10655 NE 4th Street, Suite 312
>P.O Box 69
>Bellevue, WA 98009-0069
>hgfarber@hgfarber.com

I also certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

>/s/ Dana C. Watkins
>Dana C. Watkins, Paralegal
>Friedman | Rubin

STIPULATION OF PARTIES ALLOWING LEMASTER OSI INCIDENT
*Hausman v. Holland America Line-U.S.A., et al., Case No. 2:13-cv-00937-BJR*
Page 3 of 3

**FRIEDMAN | RUBIN**®
1126 Highland Avenue
Bremerton, Washington 98337
(360) 782-4300