*Is it possible to get a new verdict form and a shredder?*

A new verdict form is attached.

The presiding juror shall gather whatever documents that the jury wants shredded and the courtroom deputy will escort him or her to the shredding box in the hallway to deposit the documents.

*Barbara J. Rothstein*
*10/30/15  9:31*