C13-937 BJR

**VERDICT**

We, the jury, return the following verdict:

1.  Were Defendants HOLLAND AMERICA negligent?

    YES  X    NO _____

    If your answer to question 1 is NO, your verdict is for Defendants, and you should proceed no further except to date and sign this verdict form and return it to the courtroom. If you answer to question 1 is YES, please answer the next question.

2.  Was the negligence of Defendants HOLLAND AMERICA, a proximate cause of damage to Plaintiff JAMES HAUSMAN?

    YES  X    NO _____

    If your answer to question 2 is NO, your verdict is for Defendants, and you should proceed no further except to date and sign this verdict form and return it to the courtroom. If you answer to question 2 is YES, please answer the following questions.

3.  Was JAMES HAUSMAN negligent?

    YES _____    NO  X

4.  Was JAMES HAUSMAN's negligence a proximate cause of his own harm?

    YES _____    NO  X

5. State the percentage of any negligence, which was a proximate cause of the incident, that you charge to:

   Defendants HOLLAND AMERICA,            100 %

   Plaintiff JAMES HAUSMAN                 0 %

6. What is the amount of any damages to JAMES HAUSMAN for pain and suffering, disability or physical impairment, emotional distress, inconvenience, loss of enjoyment of life, and aggravation of a disease or physical defect, if any?

   a. in the past?        $ 1.5 million

   b. in the future?      $ 3.5 million

7. TOTAL DAMAGES of Plaintiff (add amounts set forth above in your responses to Question 6, parts a. and b.):

   $ 5 million

   In determining the amount of damages above, do not make any reduction because of the negligence, if any, of Plaintiff. If you find the Plaintiff was to any extent negligent, the court in entering judgment will make an appropriate reduction in the damages award.

8. Did Plaintiff prove that Defendants acted with reckless disregard for Plaintiff's safety and rights, proximately causing him injury and loss?

   YES __X__   NO _____

   If your answer to question 8 is NO, you should proceed no further except to date and sign this verdict form and return it to the courtroom. If you answer to question 8 is YES, please answer the following questions.

9. Should punitive damages be assessed against Defendants HOLLAND AMERICA ?

   YES __X__   NO _____

   If your answer to question 9 is NO, you should proceed no further except to date and sign this verdict form and return it to the courtroom. If you answer to question 9 is YES, please answer question 10.

10. What is the amount of punitive damages that you assess against Defendants HOLLAND AMERICA, if any?

$ __16.5 million__

DATED this 30th day of October, 2015.

_____
JURY FOREPERSON