# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| JAMES R. HAUSMAN,<br><br>           Plaintiff,<br><br>v.<br><br>HOLLAND AMERICA LINE-U.S.A., a Washington corporation; HOLLAND AMERICA LINE, INC., a Washington corporation; HOLLAND AMERICA LINE N.V., a Curacao corporation; and HAL ANTILLEN N.V., a Curacao corporation.<br><br>           Defendants. | Case No. 2:13-cv-00937-BJR<br><br>**JUDGMENT IN A CIVIL CASE** |

   __X__      **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

   ___        **Decision by Court**. This action came to consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Based on the jury's responses on the verdict form (Dkt. # 201), the Court enters judgment for the plaintiff James R. Hausman in the amount of $21,500,000.00.

Filed this __4th__ day of November, 2015.

WILLIAM M. MCCOOL
Clerk of Court

_____
Deputy Clerk