THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES R. HAUSMAN,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>HOLLAND AMERICA LINE-U.S.A., a Washington corporation; HOLLAND AMERICA LINE, INC., a Washington corporation; HOLLAND AMERICA LINE N.V., a Curacao corporation; and HAL ANTILLEN N.V., a Curacao corporation.<br><br>　　　　　　Defendants. | No. 2:13-cv-00937-BJR<br><br>**STIPULATION AND ORDER TO STAY PROCEEDINGS TO ENFORCE JUDGMENT** |

COME NOW Plaintiff JAMES R. HAUSMAN and Defendants HOLLAND AMERICA LINE – U.S.A. *et al.* (collectively "HAL"), and pursuant to Fed. R. Civ. P. 62(b) stipulate for the Court to stay the execution of judgment—or any proceedings to enforce it—until 30 days after HAL files a notice of appeal, or the time to file notice of appeal expires, whichever comes first, without prejudice to HAL seeking a stay pending an appeal pursuant to Fed. R. Civ. P. 62(d).

STIPULATION AND ORDER TO STAY PROCEEDING TO
ENFORCE JUDGMENT
No. 2:13-cv-00937-BJR – Page 1

NIELSEN✦SHIELDS
P L L C
1000 Second Avenue, Suite 1950
Seattle, Washington 98104

## ORDER

Further to the parties' stipulation, the Court, pursuant to Fed. R. Civ. P. 62(b), stays the execution of judgment—or any proceedings to enforce it—until 30 days after HAL files a notice of appeal, or the time to file notice of appeal expires, whichever comes first, without prejudice to HAL seeking a stay pending an appeal pursuant to Fed. R. Civ. P. 62(d).

So ORDERED.

Dated this _____ day of November 2015.

_____
THE HONORABLE BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO STAY PROCEEDING TO
ENFORCE JUDGMENT
No. 2:13-cv-00937-BJR – Page 2

NIELSEN ✦ SHIELDS
P L L C
1000 Second Avenue, Suite 1950
Seattle, Washington 98104

1 Agreed as to substance and form.

2 DATED this 12th day of November, 2015.

3 *s/Kenneth R. Friedman (per authority)*

4 Kenneth R. Friedman, WSBA #17148
FRIEDMAN | RUBIN
5 1126 Highland Avenue
Bremerton, WA 98337
6 Telephone: (360) 782-4300
Facsimile: (360) 782-4358
7 E-Mail: kfriedman@friedmanrubin.com
Attorney for Plaintiff
8

9 Agreed as to substance and form.

10 DATED this 12th day of November, 2015.

11 *s/Louis Shields*
LOUIS A. SHIELDS, WSBA # 25740
12 NIELSEN SHIELDS, PLLC
1000 Second Avenue, Suite 1950
13 Seattle, Washington 98104
Telephone: 206-728-1300
14 Facsimile: 206-728-1302
Email: las@nielsenshields.com
15 Attorneys for HAL Defendants

16

17

18

19

20

21

22

23

STIPULATION AND ORDER TO STAY PROCEEDING TO ENFORCE JUDGMENT
No. 2:13-cv-00937-BJR – Page 3

NIELSEN SHIELDS
P L L C
1000 Second Avenue, Suite 1950
Seattle, Washington 98104

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Herbert Farber, Esq.
The Farber Law Group
PO Box 69
Bellevue, WA 98009-0069

Kenneth R. Friedman, Esq.
William S. Cummings, Esq.
Friedman Rubin
1126 Highland Ave
Bremerton, WA 98337

Richard H. Friedman, Esq.
David R. Roosa, Esq.
Roger S. Davidheiser, Esq.
Friedman Rubin
51 University Street, Suite 201
Seattle, WA 98101

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed at Seattle, Washington.

*Sheila Baskins*
Legal Assistant
1000 Second Avenue, Suite 1950
Seattle, Washington 98104
Telephone: 206-728-1300
Facsimile: 206-728-1302
smb@nielsenshields.com

STIPULATION AND ORDER TO STAY PROCEEDING TO ENFORCE JUDGMENT
No. 2:13-cv-00937-BJR – Page 4

NIELSEN✧SHIELDS
P L L C
1000 Second Avenue, Suite 1950
Seattle, Washington 98104

21100 rk120303