

**KENNETH R. FRIEDMAN**
*Attorney at Law... Admitted in AK, KY, MT, OR & WA*

1126 HIGHLAND AVENUE | BREMERTON, WASHINGTON 98337 | P: 360.782.4300 | F: 360.782.4358 | WWW.FRIEDMANRUBIN.COM
EMAIL: *kfriedman@friedmanrubin.com*

BREMERTON OFFICE

December 14, 2015

Honorable Barbara J. Rothstein
Senior Judge
United States District Court
  For the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

  Re: *Hausman v. Holland America Line-U.S.A., et al.*
    Cause No.: 2:13-cv-00937 BJR

Dear Judge Rothstein,

  We are writing to request permission for the parties to file a short (2-3) page post-hearing brief, summarizing our position and highlighting some issues that—although brought up during the hearing—may have been lost due to the volume of issues and facts covered last week.

  We would be able to file this today or tomorrow.

            Yours very truly,

            FRIEDMAN|RUBIN

            Kenneth R. Friedman

KRF/as

cc: Louis A. Shields, Esq.
   Richard Nielsen, Esq.
   Asia Wright, Esq.
   Herbert Farber, Esq.