The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES R. HAUSMAN,<br><br>                Plaintiff,<br><br>    v.<br><br>HOLLAND AMERICA LINE-U.S.A., et al.,<br><br>                Defendants. | No. 13-cv-00937-BJR<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND WITHOUT COSTS** |

**STIPULATION FOR DISMISSAL**

Plaintiff James R. Hausman and Defendants Holland America Line-U.S.A., Holland America Line Inc., Holland America Line N.V., and HAL Antillen N.V., through their respective attorneys, hereby stipulate and agree pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that the above-entitled action is hereby dismissed with prejudice and without costs to any party. The undersigned represent all the parties that have appeared in this action.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), this dismissal with prejudice shall be effective without further order of the Court.

Respectfully submitted this 17th day of June, 2016.

By: */s/ Richard H. Friedman*
    Richard H. Friedman, WSBA #30626
    William S. Cummings, WSBA # 40082
    David P. Roosa, WSBA # 45266
    Roger S. Davidheiser, WSBA #18638

STIPULATION FOR DISMISSAL WITH PREJUDICE
PURSUANT TO FRCP 41(a)(1)(A)(ii) (13-cv-00937-BJR) - 1

**FRIEDMAN | RUBIN®**
1126 Highland Avenue
Bremerton, Washington 98337
(360) 782-4300

1
2
3
4
5

FRIEDMAN | RUBIN®
1126 Highland Avenue
Bremerton, WA 98337
Telephone: (360) 782-4300
Facsimile: (360) 782-4358
E-Mail: rfriedman@friedmanrubin.com
kfriedman@friedmanrubin.com
wcummings@friedmanrubin.com
droosa@friedmanrubin.com
rdavidheiser@friedmanrubin.com

6
7
8
9

Herbert Farber
THE FARBER LAW GROUP
P.O. Box 69
Bellevue, WA 98009-0069
Telephone: (425) 455-9087
Facsimile: (425) 455-9017
E-Mail: hgfarber@hgfarber.com

10

*Attorneys for Plaintiff James R. Hausman*

11
12
13

By: *s/ Stephen M. Rummage*
    Stephen M. Rummage, WSBA#11168
    Lisa M. Marchese, WSBA #18396
    Rebecca Francis, WSBA #41196

14
15
16
17

Davis Wright Tremaine LLP
1201 Third Avenue, Suite 2200
Seattle, Washington 98101-3045
Telephone: (206) 622-3150
Fax: (206) 757-7700
E-mail:  steverummage@dwt.com
E-mail:  rebeccafrancis@dwt.com

18
19
20
21

Louis A. Shields
Nielsen Shields PLLC
1000 Second Ave., Suite 1950
Seattle, WA 98104
Telephone: 206-728-1300
Fax: 206-728-1302
Email:  las@nielsenshields.com

22

*Attorneys for HAL Defendants*

23
24
25
26
27

STIPULATION FOR DISMISSAL WITH PREJUDICE
PURSUANT TO FRCP 41(a)(1)(A)(ii) (13-cv-00937-BJR) - 2

**FRIEDMAN | RUBIN®**
1126 Highland Avenue
Bremerton, Washington  98337
(360) 782-4300

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

DATED this 17th day of June, 2016.

> FRIEDMAN | RUBIN
> *Attorneys for James Hausman*
>
> By: */s/ Richard H. Friedman*
>     Richard H. Friedman, WSBA #30626

STIPULATION FOR DISMISSAL WITH PREJUDICE
PURSUANT TO FRCP 41(a)(1)(A)(ii) (13-cv-00937-BJR) - 3

FRIEDMAN | RUBIN®
1126 Highland Avenue
Bremerton, Washington 98337
(360) 782-4300